IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MOHAMMED AZIZ, et al.,        *

      Plaintiffs            *

      vs.                   *   CIVIL ACTION NO. MJG-09-869

REPUBLIC OF IRAQ, et al.      *

      Defendants            *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

MEMORANDUM AND ORDER RE: DISMISSAL

The Court has before it the Motion to Dismiss filed by Defendant Republic of Iraq [Document 61] to which the Plaintiffs have not filed an opposition.

Because the Motion appears meritorious and is unopposed:

1. The Motion to Dismiss filed by Defendant Republic of Iraq [Document 61] is GRANTED.

2. Judgment shall be entered by separate Order.

SO ORDERED, on Wednesday, October 15, 2014.

                                                    /s/__  _____
                                                Marvin J. Garbis
                                          United States District Judge